IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| L.M.L, K.G.S, on behalf of themselves and all those similarly situated, | § § § | No. 1:26-CV-01170-DAE |
| Plaintiffs, | § § § | |
| vs. | § § § | |
| FREEMAN F. MARTIN in his official capacity as Director of the State of Texas Department of Public Safety, | § § § § | |
| Defendant. | § § § | |
| _____ | § | |

ORDER SETTING TRO BRIEFING SCHEDULE

Before the Court is Plaintiffs L.M.L and K.G.S.'s ("Plaintiffs")

Motion for Temporary Restraining Order and Preliminary Injunction, filed May 4,

2026.  (Dkt. # 3.)  The Court will handle the request for a temporary restraining

order ("TRO") separately from the request for a preliminary injunction.

**IT IS ORDERED** that Defendant's response in opposition to

Plaintiff's request for TRO is due on or before **Friday, May 8, 2026 by close of**

**business.**  Defendant's response should additionally include responsive arguments

to Plaintiffs' Motion for Provisional Class Certification.  (Dkt. # 5).  Should

Plaintiffs wish to file a reply, such a reply is due on or before **Monday, May 11,**

**2026 by close of business.**

The Court will set a preliminary injunction hearing and briefing schedule by separate Order.

**IT IS FINALLY ORDERED** that Plaintiffs shall immediately serve a copy of this Order on Defendant and file a certificate of service on the docket upon doing so.

**IT IS SO ORDERED.**

**SIGNED:** May 5, 2026, Austin, Texas.

David A. Ezra
Senior United States District Judge