IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| L.M.L, K.G.S, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FREEMAN F. MARTIN in his official capacity as Director of the State of Texas Department of Public Safety,<br><br>Defendant.<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:26-CV-01170-DAE |

ORDER SETTING PI BRIEFING SCHEDULE AND HEARING

Before the Court is Plaintiffs L.M.L and K.G.S.'s ("Plaintiffs")

Motion for Temporary Restraining Order and Preliminary Injunction, filed May 4,

2026.  (Dkt. # 3.)  Upon further review and consideration, the Court will handle the

request for a temporary restraining order ("TRO") together with the request for a

preliminary injunction.

**IT IS ORDERED** that Defendant's response in opposition to

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is

due on or before **Friday, May 8, 2026 by close of business.**  Defendant's response

should additionally include responsive arguments to Plaintiffs' Motion for

Provisional Class Certification, (Dkt. # 5), and Plaintiffs' Motion for Leave to

Proceed Anonymously.  (Dkt. # 9.)  **IT IS FURTHER ORDERED** that Defendants file a reply, due on or before **Monday, May 11, 2026 by close of business.**  Both parties' briefing should include arguments as to standing for these particular Plaintiffs and the putative class.

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a preliminary injunction **MOTION HEARING** before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, May 13, 2026 at 10:00 AM**.

**IT IS FINALLY ORDERED** that Plaintiffs shall immediately serve a copy of this Order on Defendant and file a certificate of service on the docket upon doing so.

**IT IS SO ORDERED.**

**SIGNED:** May 5, 2026, Austin, Texas.

David A. Ezra
Senior United States District Judge