**In the United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| L.M.L. AND K.G.S., ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED,<br>    PLAINTIFFS,<br><br>V.<br><br>FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY,<br>    DEFENDANT | CIVIL CASE NO. 1:26-CV-1170 |

**DEFENDANT'S MOTION TO STRIKE**
**DECLARATIONS OF L.M.L. AND K.G.S.**

Plaintiffs filed on May 4, 2026, without leave of Court the Declarations of two anonymous individuals designated as L. M. L. (ECF No. 3-1) and K. G. S. (ECF No. 3-2). Plaintiffs seek not only to maintain this lawsuit anonymously, but also to have these unknown Plaintiffs, L. M. L. and K. S. G., act as class representatives for an expansive and almost undefined set of putative class members. Defendant moves to strike each of such Declarations for the reasons set forth herein.

1.      Both Declarations are in English. However, neither Plaintiff L. M. L. or K. G. S. purports to be fluent in English. According to a "Certificate of Translation" attached to each Declaration, two unknown third parties in New York, New York named Kate Gibson Kumar and Ana Sophia Barrios apparently read "this statement"[1] to the respective purported Declarants "in the Spanish language.

---

[1]     It is ambiguous what "this statement" refers to. It plausibly could refer either to the Certificate of Translation or to the respective purported Declarations.

2.      Thus, some unidentified person(s) other than the purported Declarants actually prepared the Declarations and did so in English, a language which neither purported Declarant claims to understand. Thus, the Declarations are not authenticated by their actual author(s).

3.      Then, Kate Gibson Kumar and Ana Sophia Barrios – neither of whom disclose any experience or credentials as qualified or professional translators – apparently translated the English draft Declarations, authored by unknown persons other than the Declarants, into Spanish. Neither the Court nor Defendant has any ability to judge whether or not those translations were done accurately or fairly. The Spanish language translations by Kate Gibson Kumar and Ana Sophia Barrios are multiple hearsay: Kate Gibson Kumar and Ana Sophia Barrios say what the unknown authors of the draft Declarations said.

4.      Then Kate Gibson Kumar and Ana Sophia Barrios say that they told L. M. L. and K. G. S. what the Spanish language translations created by Kate Gibson Kumar and Ana Sophia Barrios (which are unavailable to the Court and Defendant) said. This adds yet another layer of hearsay.

5.      Finally, Kate Gibson Kumar and Ana Sophia Barrios (not the purported Declarants L. M. L. and K. G. S.) say in their "Certificate of Translation" that L. M. L. and K. G. S. told Kate Gibson Kumar and Ana Sophia Barrios that the purported Declarants "understood perfectly and agreed to its contents in its entirety." What the purported Declarants purportedly understood and agreed to, however, is the unavailable Spanish language translation relayed to them, and not the English language Declaration they apparently signed. The purported Declarants apparently never actually saw or had an opportunity to read the Spanish language translation they purportedly affirmed as perfect.

6.    Finally, and again without leave of Court, someone unknown redacted the purported signatures of the Declarants to the English language Declarations filed as ECF Nos. 3-1 and 3-2.

7.    Defendants object to each of these purported Declarations as inherently unreliable and inadmissible for any purpose under the Federal Rules of Evidence. The Declarations are not properly authenticated; they are multiple hearsay; and the Declarations amount to no evidence at all.

Defendants therefore respectfully move that the Court strike each purported Declaration (ECF 3-1 and ECF 3-2) in its entirety or for such other relief as may be appropriate.

Date: May 8, 2026

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

Respectfully submitted.

*/s/David Bryant*
DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ALEXIA BAKER
Assistant Attorney General
Texas Bar No.24149596

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
SPECIAL LITIGATION DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

COUNSEL FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 8, 2026, I conferred with Cody Wofsky, counsel for Plaintiffs, via email regarding this Motion. Counsel for Plaintiffs did not agree to any relief sought in this Motion.

/s/ *David Bryant*
**DAVID BRYANT**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 8, 2026 and that all counsel of record were served by CM/ECF.

*/s/David Bryant*
DAVID BRYANT

4