**In the United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| L.M.L. AND K.G.S., ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED<br><br>      PLAINTIFFS,<br><br>V.<br><br>FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY,<br>      DEFENDANT | CIVIL CASE NO. 1:26-CV-1170 |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION TO STRIKE DECLARATIONS OF L.M.L. AND K.G.S.**

Before the Court is Defendant's Motion to Strike Declarations of L.M.L and K.G.S. The

Court reviewed the Motion and Plaintiffs' responses thereto and finds the Motion is meritorious.

Accordingly, it is ORDERED that the motion is GRANTED.

 

_____
**UNITED STATES DISTRICT JUDGE**