**In the United States District Court**
**Western District of Texas**
**Austin Division**

L.M.L., K.G.S., ON BEHALF OF THEMSELVES
AND ALL THOSE SIMILARLY SITUATED
     PLAINTIFFS,

V.

FREEMAN F. MARTIN, IN HIS OFFICIAL
CAPACITY AS DIRECTOR OF STATE OF TEXAS
DEPARTMENT OF PUBLIC SAFETY
     DEFENDANTS

CIVIL CASE NO. 1:26-CV-1170

### NOTICE OF DEPOSITION OF PLAINTIFF "L.M.L"

**TO:**   Plaintiff "L.M.L.", by and through Cody Wofsy, counsel for the Plaintiffs, American Civil Liberties Union Foundation Immigrants' Rights Project, 425 California Street, 7th Floor, San Francisco, CA 94104, and to All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Rule 26 and Rule 30 of the Federal Rules of Civil Procedure and Defendant's pending motion for expedited discovery, counsel for the Defendant will take the oral deposition of the Plaintiff that Plaintiffs' counsel has pseudonymously dubbed "L.M.L", commencing at 11:00 a.m. on Tuesday, May 12, 2026, via Zoom. A Zoom link will be circulated to all counsel of record prior to the deposition. The deposition shall be recorded by stenographic means and may also be recorded by additional audiovisual means, and shall take place before a notary public or other person authorized by law to administer oaths.

Date: May 8, 2026

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

Respectfully submitted.

*/S/ DAVID BRYANT*
DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ALEXIA BAKER
Assistant Attorney General
Texas Bar No.24149596

OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
SPECIAL LITIGATION DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically

(via CM/ECF) on May 8, 2026 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
DAVID BRYANT