**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

L.M.L., K.G.S.,

        *Plaintiffs*,

   v.

FREEMAN MARTIN, in his official
capacity as Director of the State of Texas
Department of Public Safety,

        *Defendant*.

Case No.  1:26-cv-1170

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S AMENDED MOTION FOR
CONTINUANCE OR DEFERRAL OF DETERMINATION OF MOTION FOR CLASS
CERTIFICATION**

Defendant's Amended Motion for Continuance or Deferral of Determination of Motion for Class Certification, Dkt. # 30 ("Mot. to Continue") seeks to "defer[] determination of Plaintiffs' motion for class certification until necessary discovery can be conducted," *id*. at 1.

Defendant's Motion does not demonstrate good cause for a continuance or deferral.  To the contrary, delaying provisional class certification is neither necessary nor appropriate.  Plaintiffs seek provisional class certification to ensure that Defendant cannot enforce a criminal law—which this Court has already held to be unconstitutionally preempted—against Plaintiffs and others who are similarly situated as soon as May 15, 2026.  As detailed in Plaintiffs' Reply in Support of Class Certification and Plaintiffs' Opposition to Defendant's Amended Motion for Expedited Discovery, Defendant has not demonstrated the need for any expedited discovery.  Critically, moreover, Defendant has not demonstrated any good cause to delay *provisional* class certification, which is all that is required for the Court to issue the temporary or preliminary relief Plaintiffs are seeking. *See, e.g.*, *Idaho Org. of Res. Councils v. Labrador*, 780 F. Supp. 3d 1013, 1046, 1051 (D. Idaho 2025) (granting provisional class certification before discovery and for purposes of entering injunctive relief against similar law to S.B. 4); *see also Padres Unidos de Tulsa v. Drummond*, 783 F.Supp.3d 1324, 1349-53 (W.D. Okla. 2025) (same, and collecting cases).  Especially where, as here, Plaintiffs seek urgent temporary or preliminary relief, any unnecessary delay would be harmful.  Defendant's Motion should be denied.

1

Dated: May 11, 2026

David A. Donatti (TX Bar No. 24097612)
Adriana C. Piñon (TX Bar No. 24089768)
Carolina Rivera Nelson (TX Bar No. 24132741)**
AMERICAN CIVIL LIBERTIES UNION OF TEXAS
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org
criveranelson@aclutx.org

Daniel Hatoum
(TX Bar No. 24099136)
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, TX 78516
(956) 787-8171 ext. 208
daniel@texascivilrightsproject.org

Kate Gibson Kumar
(TX Bar No. 24137588)
Daniel Woodward
(TX Bar No. 24138347)
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 225
kate@texascivilrightsproject.org
danny@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
Texas Civil Rights Project
PO Box 1108
Houston, TX 77251-1108
dustin@texascivilrightsproject.org

/s/ *Cody Wofsy*
Cody Wofsy
Spencer Amdur
Hannah Steinberg*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
F: (332) 220-1702
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org

Kathryn Huddleston*** (TX Bar No. 24121679)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
915 15th Street, NW, 7th Floor
Washington, DC 20005
T: (212) 549-2500
khuddleston@aclu.org

Omar Jadwat*
Lee Gelernt
Grace Choi*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
lgelernt@aclu.org
gchoi@aclu.org

*Pro Hac Vice Application Forthcoming
** Admission to Western District of Texas Pending
*** Application for Admission to Western District of Texas Forthcoming; barred in Texas and Arizona, not barred in the District of Columbia, practice supervised by a member of the D.C. Bar

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system.  A true and correct copy of this document has been served via the Court's CM/ECF system on all counsel of record.

/s/ Cody Wofsy
Cody Wofsy