**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| L.M.L., *et al.*,<br><br>    *Plaintiffs*,<br><br><br>    v.<br><br><br>FREEMAN F. MARTIN, in his official capacity as the Director of the State of Texas Department of Public Safety,<br><br>    *Defendant*. | Case No. 1:26-cv-1170-DAE |

**[PROPOSED] ORDER DENYING DEFENDANT'S AMENDED MOTION FOR CONTINUANCE OR DEFERRAL OF DETERMINATION OF MOTION FOR CLASS CERTIFICATION**

Pending before the Court is Defendant's Amended Motion for Continuance or Deferral of Determination of Motion for Class Certification (Dkt. No. 30). Upon reviewing the Motion, it is hereby ORDERED that Defendant's Amended Motion for Continuance of Deferral of Determination of Motion for Class Certification is DENIED.

SO ORDERED and SIGNED on this _____ day of _____, 2026.


_____
David A. Ezra
**SENIOR UNITED STATES DISTRICT JUDGE**