**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

L.M.L., K.G.S., on behalf of themselves and all those similarly situated,

    *Plaintiffs,*

v.

FREEMAN F. MARTIN, in his official capacity as Director of State of Texas Department of Public Safety,

    *Defendant.*

CIVIL CASE NO. 1:26-CV-1170

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO STAY PROCEEDINGS
IN DISTRICT COURT PENDING APPEAL**

On this day the Court considered Defendant Martin's Unopposed Motion to Stay Proceedings in District Court Pending Appeal. After due consideration of the motion, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Stay Pending Appeal is GRANTED. (Dkt. # 60).

IT IS FURTHER ORDERED that all proceedings in the above captioned matter in this Court are hereby stayed pending the results of the pending appeal of this Court's Order of May 14, 2026 (ECF No. 55) (5th Cir. Case No. 26-50418). Any party may move to lift this stay at any time. This stay shall continue until otherwise ordered by this Court or until thirty (30) days after issuance of the mandate to this Court after conclusion of the pending appeal.

SIGNED on this the __12th__ day of __June__, 2026.

_____
HON. DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE